IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| ROBERT ALLAN UNGER, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil Action No. 7:16cv00528 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DERRICK ASTON, | ) | By: Norman K. Moon |
| Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim and is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of the order and the accompanying memorandum opinion to plaintiff.

**ENTER**: This 30th day of August, 2017.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE